# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00432-CV

**In re The Texas Department of Family and Protective Services**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator the Texas Department of Family and Protective Services (the Department) has filed a motion to dismiss the petition for writ of mandamus in the above cause. In the motion to dismiss, the Department states that the trial court has vacated the order in question and that therefore, the Department has achieved its desired outcome and mandamus relief in this Court is no longer necessary. The Court, having considered the documents on file and the motion to dismiss the appeal, it is of the opinion that the motion should be granted. The Department's motion to dismiss is granted and the petition for writ of mandamus is hereby dismissed.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Filed: October 24, 2024